# Order

Michigan Supreme Court
Lansing, Michigan

January 31, 2017

151028-9

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

ALBERT REGINALD ROBINSON,
     Defendant-Appellant.

SC: 151028
COA: 311356
Macomb CC: 2011-002189-FC

_____/

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

ALBERT REGINALD ROBINSON,
     Defendant-Appellant.

SC: 151029
COA: 314604
Macomb CC: 2011-003549-FH

_____/

On order of the Court, the application for leave to appeal the December 16, 2014 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *People v Comer* (Docket No. 152713) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 31, 2017



Clerk

s0123